

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2022

No. 04-22-00326-CV

Zulema J. **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On December 22, 2022, appellant filed her brief stating portions of the reporter's record were missing. Under Texas Rules of Appellate Procedure 34.6(d), "the appellate court . . . may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." *See* TEX. R. APP. P. 34.6(d). Accordingly, we **order** the court reporter to file a supplemental reporter's record containing any previously omitted items **by January 27, 2023.** If the reporter's record is complete, the court reporter is advised to file a response stating the record is complete.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court